UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

OLUSESAN AFOLABI and OLUBUKOLA
AFOLABI,

                    Plaintiffs,

    -against-

STEPHEN A. JONES, FLORENCE JONES
and NIGHTINGALE, INC.,

                    Defendants.
-------------------------------------------------------X

**ORDER**

06 CV 2756 (RJD) (MDG)

DEARIE, Chief Judge.

In a Report & Recommendation ("Report") dated August 28, 2008, Magistrate Judge Marilyn D. Go recommended that the Court award plaintiff Olusesan Afolabi damages for breach of contract in the amount of $24,124.11 and $550.00 in costs for a total judgment of $24,674.11 against defendants Stephen A. Jones and Nightingale Inc., jointly and severally. She further recommended that no damages be awarded to plaintiff Olubukola Afolabi and no judgment be entered against defendant Florence Jones. Any objections to the Report were due on September 15, 2008. No objections have been filed by the parties. The Court adopts the Report's recommendation.

SO ORDERED.

Dated: Brooklyn, New York
        November _11_, 2008

                                              RAYMOND J. DEARIE
                                              United States District Judge